# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| FREDERICK MUTUAL INSURANCE COMPANY | : | No. 617 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| DN CONSTRUCTION, LLC, DN CONSTRUCTION COMPANY, LLC, ORALIA MARIBEL MARTINEZ, INDIVIDUALLY, AND AS ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF LUIS ARMANDO JIMENEZ MATUTE, DECEASED AND BAYRON EMANUEL JIMENEZ MARTINEZ | : : : : : : : : : | |
| | : | |
| | : | |
| PETITION OF: DN CONSTRUCTION, LLC & DN CONSTRUCTION COMPANY, LLC | : : : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.